# EXHIBIT B

# TABLE OF CONTENTS

1. Letter from Monique Scott Gulino……………………………………………………..3

2. Letter from Joseph Woolridge……………………………………………………....7

3. Letter from Domenic Pappagallo……………………….…………………………...8

4. Letter from Phuson Nguyen………………………………………………………....9

5. Letter from Karen Restani…………………………………………………………10

6. Letter from Elaine Scott……………………………………………………………12

7. Letter from Susan Albert…………………………………………………………...13

8. Letter from Joanna Mitrano………………………………………………………..14

9. Letter from Nick Gulino…………………………………………………………...15

10. Letter from Brian Kilcoyne………………………………………………………...16

October 10, 2018

Dear Judge Leon,

I have known Mr. Alexander Gulino since 1996. I will refer to him as Sandy because that is really all I have known him by. We dated for a few years and were married in 1999. The things that drew me to Sandy were his closeness to his family, his loyalty to those he loves and his caring and helpful ways with those he knows and comes into contact with. He is the kind of person that when you meet him, you instantly feel comfortable around him and his genuineness shines through. We were married for 10 years. 1999-2009. We have 3 children together. Alexa is our 17 year old, and Alex and Alaina are our twins who are 15. They mean everything to us. While we had our differences, and maybe being a bit overwhelmed with 3 kids 22 months apart, we decided to mutually divorce. Because that was our decision, we have worked so hard all of these years to not have the kids suffer in any way. We wanted them to always know that both parents would be involved daily in their lives and we simply wouldn't be sleeping in the same house. We have always wanted to protect them psychologically and keep them as happy as possible.

Sandy ended up getting help from his parents and bought a townhouse /condo just 2 miles down the street from us. It was important to him that the kids stay in the house they had been growing up in. The child support Sandy provides, allows me to be able to keep the kids in their home. He wanted to provide a comfortable home for our kids, which is why he wanted a 3 bedroom townhouse/condo. He wanted the kids to feel just as comfortable in his home as they did in mine. Sandy even had me go over and help decorate their rooms. The only thing that truly matters most to Sandy is that he spends time with his kids. Not a day goes by that he does not see them or talk to them. There have been nights where I am trying to help 3 kids with homework. Feeling overwhelmed, I can call him to come over, and no matter what he's doing he stops and comes over to help them. The kids know he is always there for them. It has given them the reassurance that even though we got divorced, he did not divorce them.

The kids are mainly A students. They work hard. They are happy and doing very well in school. I believe this is because they continue to have the love and support from both of us on a daily basis. Our oldest daughter is in her senior year in high school. She has worked so hard and is in the process of applying to her dream college. We are both so proud of her and can't wait to watch her walk across the stage to accept her diploma in June. Our twins are sophomores in high school and are extremely talented athletes. Alex plays baseball and his twin sister plays soccer. We attend all of their sporting events together whether local or out of town. The times they both have games on the same day, we end up splitting who goes to which game. Our kids have never, not had a parent at a game. They count on us to be there.

They say it gives them the confidence they need to play well. Sandy plays a huge role in their success on and off the field. Having played sports all of his life, he is able to help the kids so much. Sandy played D1 soccer in college. Alaina's goal is to play D1 soccer in college. She looks to him for the guidance. Sandy played baseball in high school and he is Alex's biggest advocate in his goal to play D1 baseball in college. Alex's goal...to be a Red Sox player! He is good! This is a big year for the twins in their recruiting process. Sandy talks to coaches and emails colleges and stays on top of all of their sports. He is always uploading videos from games to their recruiting profiles, keeping stats up to date, and communicating with all of the colleges who are showing interest in them. They continue to work hard for their goals and dreams. Sandy has always maintained the financial piece for their travel sports as well.

Family is very important to Sandy. He lost his dad in 2014. This was extremely difficult for him. His dad had been diagnosed with cancer in 2010, and watching his biggest support system and symbol of strength weaken, was a huge loss. His dad was his biggest fan. He was always there for him. During the time of his illness, Sandy would travel to Boston to visit him as much as he could. He would take the kids as often as he could so they, too, could spend quality time with him. He wanted to be there for his mother as much as he could. He died right before their 50th wedding anniversary. I do know that after the divorce Sandy looked to his parents at times for extra support. The financial challenges of raising three kids with the sport commitments they have, their private school education (although we do get a significant amount of financial aid) and maintaining a separate household was difficult at times. His parents were there to offer help with buying the kids sports equipment, they helped with some of the travel expenses involved with their sports, and they ended up helping him to buy the house he is in now. Sandy's dad was a wonderful man who loved his sons and his grandchildren more than anything. At the time of his death, Sandy was in a 3 or 4 year relationship. His girlfriend at the time struggled with our commitment to be there for our kids. She didn't understand why we spent all holidays together, went to every school function together, went to every game together, and celebrated every kid's birthday together. From what I understand, she ultimately couldn't handle the fact that when she gave him a choice of me going or her going to his dad's funeral, he chose me; for the sake of our children. He felt I could be of greater support to them at a devastating time. He sacrificed a relationship for the well being of his kids. Not many people understand our relationship. I, too, have lost relationships due to our commitment to maintain the health, strength, and happiness of our kids.

Sandy's mother is still alive. She lives in Massachusetts. She is not well and I know it hurts him that he cannot get there as much as he'd like. When he is not with the kids, going to kids sporting events, or helping drive the kids around, he is working. She used to travel to Virginia to see the kids all the time, but in the last few years it is just too difficult. Sandy and the kids are very close to her and they talk to her and check on her all the time. Sandy does have one brother in MA so he at least knows she is ok and if she needs anything he is close by. Since her husband's death, she

counts on her boys. They give her meaning. Sandy calls her daily and sends pictures of the kids so she can feel a part of their lives since she cannot travel.

Sandy spends all of his time with the kids or working. He will work late and then go pick up our daughter from soccer practice or our son from baseball practice. If he can drop one off at practice then go to work, he will do that as well. He wants to be there to see them every day. He will usually swing by the house to see the oldest and see if she needs help with homework or now, college applications. There is an open door policy, Sandy knows he can come over anytime and spend time with the kids if they aren't with him. He comes over and watches Red Sox games, Patriots games, runs errands with them, or just stops by to share news of another college following the twins on their recruiting sites. They are his life. He is an extremely involved father. Sandy's love for his kids is amazing. He has always wanted to do the best for them. He lives for the kids and works very hard to provide for them. In the past few years, his children are the only things keeping him going. He needs them and they need him.

Sandy and I have always had a relationship where we could talk to each other. I honestly think we still consider each other to be best friends. When his father died I noticed a change in our communication. He didn't share as much and we kept our talks to only that of what was best for the kids. I assumed this was a result of his father's death and it was simply his way of mourning. I have not lost a parent yet, but I cannot imagine what I will go through knowing how close I am with my parents. I respected Sandy's feelings and I never pushed for more understanding of the change.

About a month ago Sandy knocked on my door in the middle of the day. He had a look on his face I've never seen before. Scared, upset, anxious, he came into my house saying he needed to talk to me. He sat down and told me everything that has been going on with him for the last several years. I had no idea. Sandy kept everything to himself and has been holding everything in trying not to have those he loves know the truth of what he's going through and dealing with. He told me that he wanted to kill himself because of the shame he felt. He has been living with so much regret, embarrassment and self hate. He came clean about all of his finances, his struggles, his mental health and how meeting with his therapist has been the one thing helping to keep him going, that, and his love for his kids. I'm thankful that he shared this with me. I just wish he had shared the financial hardship he was going through with me sooner. He's a very proud man that wanted to keep trying to provide for his kids. This was something nobody should have to face alone. I encouraged him to share with his brother, but felt it best for the health of his mother not to share with her. We also decided together not to share this with our kids before we know what the outcome will be. They will truly be devastated. We are worried about the psychological damage this could do to them at this moment in their lives. We have always made decisions about our children together, and this was no different. All their lives they have known two parents being there for them

daily. It's something they've never had to question. I sincerely believe this is why they are kind, happy, healthy, and good kids.

Judge Leon, thank you for your time. I appreciate you reading this. I hope you can see what an important role Sandy has in the daily lives of his children and family, and what a good person he really is. He has a supportive family who will continue to be there for him.

Sincerely,

Monique Gulino

Monique Gulino

Joseph Woolridge

[redacted]

Dear Judge Leon

On November 9, 2018, you will have a distinguish gentleman before you. It is important that you judge what's in his heart not by his actions. I would like to provide to you a side of Alexander "Sandy" Gulino, a dear friend that I have known over twenty years. I first met Sandy as he is known to all family and friends while working as an off-duty law enforcement officer at Neiman Marcus, Washington, DC. Neiman Marcus saw fit to promote Sandy from their Boston, Massachusetts store to be the new director of loss prevention of the Washington, DC store. I watched as Sandy cultivated the young loss prevention specialists, some what have went on to become lawyers and special agents within the federal government. I distinctly remember when he started dating a young female in the store. This lovely young lady ultimately became his wife and bore him three beautiful children. His children are his life. We had many conversations about them and he wanted nothing less than the best for his family. I watched each and everyday as the children grew old how he interacted with them. I always wondered where he got the stamina to drop his children off to school everyday in addition to by now Neiman Marcus gave him the added responsibility of not one but two stores (the Tysons Corner & Washington DC store). He actively participated in all his children after school activities. He is truly a person to be admired. There were two tragic events that impacted his life and I personally noticed a change in him after each one. The first was the death of his father, whom I know he greatly admired. He would share family photos that were special to him. This loss greatly impacted him. The second tragedy was when he shared with me that he was divorcing his wife. After seeing my reaction to the news, he assured me that he had the children's interest at heart. Both the above events have played a significant role in his life that have impacted him to the point that the only thing that matters in life are his children. Just as his dad was a integral part of his everyday life, so are his children.

Finally, I would like to add that Sandy was highly respected by the law enforcement community and employed several law enforcement professionals to work part time at Neiman Marcus. Please excuse my use of past tense in this statement. I personally will always hold Alexander (Sandy) Gulino in high regard.

Respectfully yours

Joseph Woolridge

September 29, 2018

Dear Judge Leon,
I have know Alexander "Sandy" Gulino, for almost 50 years, since the age of 5. Sandy comes from a wonderful family and grew up in Somerville, MA. Sandy was a multi-varsity athlete in high school, and played soccer at the collegiate level.

Sandy's mom, dad and brother were very close; and Sandy was and has been a stand up guy in high school, college and throughout his life. Sal, Sandy's dad passed away not too long ago and I know his mom, Nancy, is in the twilight of her life. Sal and Nancy were and are two of the nicest people you will ever meet; and were people that did everything for the children. Nancy was a nurse and cared for people for years in the Boston area, and Sal was Sandy's rock and support throughout his athletic career and adult life.

Sandy and I were extremely close growing up and throughout college and have maintained that relationship to this day; we were grooms men in each other's wedding. After I moved here in 1987 I was thrilled to hear Sandy's career was moving him to the area so many years ago.

Sandy has been an excellent dad, he has three children that have promising lives ahead of them; his oldest will probably attend Georgetown, and his twins are incredible athletes (much like their father was in high school). Sandy has been a great father and like his parents does everything he can for his children.

I believe the loss of Sandy's dad, Sal passed away not too long ago and being divorced has taken a toll on Sandy over the last few years. Sandy married into a very affluent family, his children live in a very nice neighborhood, they attend "private" and expensive schools, and they play on travel teams for baseball and soccer, which can become quite expensive as well. I know Sandy would want to support his children to the best of his ability and wanted to contribute his part to his children's expenses and support. Sandy didn't make a lot of money, I have to believe Sandy just got over his head, but had too much pride to ask for help. I know everything Sandy has done has been in support of his children.

Judge Leon, I sincerely hope you are lenient with Sandy, I wish the plaintiff would find it in their hearts to allow some kind of restitution; this is the rest of someone's life. Someone that has three children that love their father and need their dad.

Thank you Judge Leon for considering my letter, I wish you the very best.
God bless you,
Domenic A. Pappagallo

October 13, 2018

To: The Honorable Judge Leon

I am writing this letter to you to hopefully provide you with some insight of the true character of Mr. Alexander Gulino, also known as "Sandy". I have known Sandy for approximately 18 years, and I consider him to be like family, like a brother.

My friendship with Sandy began in June of 2000. As a college student making minimum wage, Sandy walked up to me at my then current job at Banana Republic clothing store, introduced himself and offered me an interview for a new job. Two months later, he became my supervisor. I worked with Sandy from August 2000 to August 2003 when I left to join the Police Department. During my time working with Sandy, I soon found out that Sandy is a genuine and good person. As a supervisor, Sandy was always fair and treated his coworkers with respect. Sandy was not only my supervisor but he also became my friend. Sandy provided me with his support and thoughtful insight numerous times while working with him, including when my Dad passed; he helped me get through a very tough time in my life. Sandy is always willing to lend a helping hand to anyone in need. Sandy loves sports; we had many conversations about his beloved Boston Red Sox. The worst of all is when I have to hear about his love for the New England Patriots, you can probably figure out that I am not a fan of Tom Brady.

The one thing that I admired most about Sandy is his dedication to his family, especially his children. Sandy always talked about his children; about taking them to sports practice, on vacation, etc. His love for his children was apparent every time he talked about them. I know that Sandy always put his children first and he did everything for his children. With his oldest daughter now in college, Sandy's presence in her life is even more important as she transitions into a young adult. Sandy's younger children are now 16 and he plays a pivotal role in their lives as they too will soon be preparing to enter adulthood.

Thank you for taking the time to consider my letter, Sandy did many things that positively impacted my life and I hope I in turn can do the same for him.

Phuson Nguyen

Dear Judge Leon,

My name is Karen Diane Restani, I am 50 years old and live in Ashburn, Virginia. I am a mother to three incredible boys. My son's ages are 17, 14 and 10 years old. I work for Valpak of Virginia in Ashburn, Virginia. I am originally from Pacifica, California, but have lived in Virginia since July of 2008.

I am writing to you to you on behalf of Mr. Alexander Gulino. I first met Mr. Gulino in mid-May of 2015. When I first met Mr. Gulino, I instantly had a connection with him. I felt that Mr. Gulino and I had a lot in common; he was divorced and had three children as well, and they are very close in age to my three children. I dated Mr. Gulino for approximately six months (from May 2015-November 2015). During our dating relationship, Mr. Gulino couldn't have been a nicer person to me and my children. Mr. Gulino helped watch my children for me on a couple of occasions so I could attend Back to School Night for my two youngest boys. Mr. Gulino and I introduced our children to one other, as they were similar in age, and we wanted to spend time together with our children included. We had a very trusting, kind and solid relationship. My sons really liked and trusted Mr. Gulino, and had a lot of fun spending time with his children. I really loved his children and was very happy in our relationship. The thing I loved most about Mr. Gulino was that he was a great dad. Mr. Gulino put his children first above everything else, and I found this to be very rare and refreshing. There was not a day that went by that Mr. Gulino was not driving to George Town Day School in D.C., or out of town or state to attend, or support his children in their education or sporting activities or driving to another school or field to aid in the same. Mr. Gulino and his ex-wife, Monique, (who I have met and who is very supportive of Mr. Guilino) worked and still work closely and amicably together to make sure the children are supported at every practice, tournament and or game. They conquer and divide their time to attend each and every game, tournament or practice (whether local or out of town) for the children. Both of Mr. Gulino's twins, (Alex and Alaina) play travel sports (Alex plays travel baseball and Alaina plays travel soccer). My children and I have been to several of Mr. Gulino's children's games and Mr. Gulino and his children have attended several of my children's games (lacrosse, football and basketball games as well). Mr. Gulino's children are exceptional athletes. A lot of time and energy goes into the children's sports and their school is very demanding as well. Mr. Gulino and his ex-wife sacrifice their personal lives in order to make sure the kids are 100% covered and are at the location where they need to be on a daily/nightly basis. It is incredible how much they help one another for the benefit of their children. The children know that they can depend on their loving, supportive parents to be there for them every day.

I can honestly say that Mr. Gulino's three children are the most important thing to him in his life. When I have conversations with Mr. Gulino, the conversations revolve around our children. Whenever we speak, his first question is, "How are you doing?" and his second question is always, "How are the boys?"

Mr. Gulino is always there for me to listen and support me and my children emotionally and physically when needed. Even though we are not dating any longer, we speak and text often and help one another. I recently went on a vacation with my brothers in August, and Mr. Gulino picked me up from the airport after he finished up with a meeting as he called me up prior to my trip and asked me if I needed a ride home from the airport. He did everything he could to be able to accommodate me to get me home to spare me the cost of hiring a taxi.

Mr. Gulino is not a selfish person. In fact, Mr. Gulino is probably one of the most selfless people I know. I have never once seen Mr. Gulino purchase one thing for himself ever. To my knowledge, Mr. Gulino

does not shop for himself or go out socially on a regular basis (if ever). Everything he does is purely for his children. Mr. Gulino does not spend any money on himself whatsoever. Mr. Gulino's only priority is working to provide for his three children.

What I know about Mr. Gulino's history is this…

Mr. Guilino grew up just outside Boston in Somerville, MA. Mr. Gulino was granted a sports scholarship to Boston College for soccer; he transferred to Northeastern after a year (he went to Northeastern for two years) and graduated from Salem State (attended Salem State for two years). He played two years at Northeastern and two years at Salem. Mr. Gulino grew up playing ice hockey and baseball as well but went to college for soccer. Mr. Gulino's love for sports (especially soccer and baseball) have been a pinnacle aspect of his children's lives. Mr. Gulino has coached his children's teams and has individually worked with them on their sporting skills. I have seen this in person. I have seen Mr. Gulino take his kids out to fields (sometimes in the dark) to work on their techniques and to help them get in shape. Mr. Gulino also helps out with homework (I have known Mr. Gulino to go to his children's home to help them with homework over the years).

Mr. Gulino is the oldest sibling, he has a younger brother and a large extended family.

I have met Mr. Gulino's mom, Nancy, and she is the sweetest little thing. She has many health issues and I believe she resides in an elder community. Mr. Gulino helped move her into her new home a couple of years ago, and I believe he speaks with her if not on a daily basis at least on a weekly basis.

Mr. Gulino's dad passed away before I met Mr. Gulino, but he did tell me about his passing and how sad he was and how much he missed him. I think Mr. Gulino's dad passed the year before I met him- so in 2014. I do not know or think Mr. Gulino ever mourned for his father properly. I think Mr. Gulino was so busy raising his children and trying to get by that he did not properly mourn his father's death. Mr. Gulino does not burden others with his sorrows.

I want it to be said that I really loved Mr. Gulino (and can still call him a very close friend). He is a very trust worthy, helpful, caring, and loyal person. I would entrust him with my children on any given day. Mr. Gulino's only passion in his life is his three children. He is excited for Alexa's upcoming high school graduation and is also excited for the twins to hopefully be recruited for sports (this year and next is an important time for the twins to be recognized by colleges in hopes of an athletic scholarship).

Thank you for allowing me to express myself on behalf of Mr. Gulino.

Sincerely,

Karen Restani

October 16, 2018

Dear Judge Leon,

Alexander Gulino (known as Sandy) is my ex son-in-law, but will forever be the father of my three wonderful grandchildren, Sandy has always been an extremely protective and loyal family man, His firstborn daughter was followed twenty-two months later by twins, a daughter and a son. Having three babies this close in age demanded continuous attention and responsibility. Sandy and my daughter, Monique, met this responsibility with very obvious love, pride, and devotion. Sandy would return home from work, where his hours were longer than average, excited to spend time playing with the babies. As they grew, the kids always loved their "daddy time", which always included piggy back rides followed by reading and story time.

As early as age five the kids began to participate in sports. As an athlete himself, Sandy was an active sideline coach and cheering fan. With his great knowledge of most sports his kids valued his input and suggestions. Sandy and Monique have always arranged their schedules to make sure that one of them was always present at games. For many of the games, both parents, siblings, and grandparents were all present. Sandy's parents drove down from Boston, Massachusetts to attend games and to share holidays as often as possible. This kind of love and devotion is all that the kids have ever known and has continued beyond Sandy and Monique's divorce. They have been parents determined to have their children confident in the truth of their love for them. Towards this goal they have always been united. Sandy attended every activity for the kids...school presentations and assemblies, parent conferences, birthday celebrations, and holidays. He has never missed an important event or occasion in the children's lives. It was a planned choice for him to live only five minutes from them following the divorce, thereby allowing continuous and often spontaneous time together.

I have always admired the ongoing friendship and fantastic co-parenting between Monique and Sandy. They are now the proud parents of a senior in high school and sophomores. This is a very special year as their oldest daughter approaches her high school graduation, college, and her 18th birthday! She is an outstanding student and a young woman with great poise, confidence, integrity and character.

She has earned her family's pride and we are all extremely excited to witness her graduation and her announcement of her college choice. Her parents deserve the opportunity to stand together proudly as she crosses this particular finish line!

Sandy will always have our family's love and support. We know that he will always be a dedicated, hardworking, loving father.

Elaine W. Scott

October 12,2018

Dear Judge Leon,

I am writing to you on behalf of Mr. Alexander “Sandy” Gulino.

I have known Mr. Gulino for over 10 years. One could say that we had an interesting beginning since it was through the banter of our baseball teams rivalry that we first became acquainted. With that said, one can understand that it was a difficult start to a close NY Yankees/Red Sox friendship.

What won me over was the dedication that he has to his family. I can honestly say that he is one of the best fathers I have ever known. This man truly lives for his children; never missing a game or activity that they are involved in. With the divorce, he was determined to put aside differences and remain a close family unit, where the children are his top priority.

Family being a core of Sandy, the distance from his parents and assisting in their aging hardships have taken their toll on him both emotionally and physically. Struggling since the loss of his father’s long battle with cancer and having the increased needs/responsibilities for his mother, he still manages to stretch himself as much as humanly possible between Boston and Northern Virginia to make sure that he is there for everyone often forgetting about himself.

Sandy has also proven to be crucial in providing emotional support that now bleeds outside of his family unit to others around him. Unfortunately, I have become one of them with the rapid loss of my 4 immediate family members and the recent death of my husband. No matter the time of day or night, he has been there for that desperately needed outlet to assure me that I was going to be okay. Being a jaded nurse, it is difficult allow for someone like that “in” but with his support and random acts of kindness I have been able to return to my professional career and begin to feel like I am one of the living again.

Your honor, I have written and rewritten this letter to you numerous times and I could go on and on with reasons as to why I ask you for leniency with your sentencing. Mr. Gulino has always been considered of high moral standing and it is a great disappointment that Mr. Gulino is even in this predicament. In my 20+ years of nursing, like you, I have seen and heard “it all”. However, I can say that Sandy is different. Being a man of accountability and vocal of his regret to the choices he has made; has allowed for the beginning of the much needed healing. However, knowing that there are consequences for his actions, I come to you attesting to the disservice to all that would be at a loss without the help and guidance of Mr. Gulino if he is to serves his time away in prison.

Sir, I thank you for your time and in hopes that you take the above into consideration.

Sincerely,

Susan Albert, RN, MSN, RN-BC

Attn: Beau Barnes Kobre & Kim LLP

1919 M Street NW, Suite 410

Washington, DC 20036

Dear Judge Leon,

Alexander "Sandy" Gulino is my nephew, although we grew up together more as siblings as I became an aunt at age 7 years old when he was born. He came home to our summer house in Nahant and I always thought that is why we called him Sandy. We grew up together in a tight knit Italian family and lived across the street from Sandy. His mother, my sister, was a nurse and worked nights and weekends. Sunday's were always our Macaroni and Meatball family dinner and a Sunday ride where Sandy and his brother Nicky were always with us. We all shared stories and kept up with each other. Sandy was always a loving, caring, nurturing boy who was always there when someone needed him, especially to lend an ear or just staying silent, keeping someone company. I remember my Father, Sandy's' Grandfather becoming ill one summer and Sandy, as a small child sat by his bedside watching over him. He later was there for his own father when he became diagnosed with cancer despite the fact he lived in another state. He keeps in close contact with his mother and talks almost on a daily basis. He has also made sure his children have a close family bond and relationship with his mother, despite the miles apart. He is a nurturing family man and always makes time for his children. He has always provided for his children and most importantly instilled love. Sandy is a kind man who has an even temperament and creates a comfortable environment for those around him.

Sandy had a few close lifetime friends who have also joined our lives as extended family. Before moving to Virginia, and after graduating college, he moved in with my elderly parents bringing much joy and love with his rescue dog Beau.

I hope this letter provides some context to Sandy's character.

Sincerely,

Joanna Mitrano

10/25/2018

Judge Leon,

As a kid growing up in Somerville, MA there were opportunities to often do the wrong thing. The temptations and distractions were all around and if it were not for my big brother I could have gone in a different direction. The thing about it is that I knew I had no choice. My brother set such high standards that I spent every day trying to become a better person than the day before. My brother was a role model that walked the walk, played sports, and always placed family first. He protected me and insulated me from all the potential trouble around me. He was everything and more that anyone could ask for from a big brother.

Now my big brother is in trouble for some decisions that there is no question he wishes he had back. There are bad people and there are bad decisions. Sandy is a great person that made a bad decision. Like everything he did in his life his decision was about his family and his kids.

When you look at character, Sandy's relationship with his family should tell all you need to know. Despite the fact that his marriage did not work out , he has a very close relationship with his ex-wife, in laws and a relationship with his children that many, many fathers who live with their kids wishes they have. He is there for everything they do and supports them in whatever dreams they have. If there were more fathers like Sandy the world would be a much better place.

Your honor, I could write a letter that goes on and on about what a great guy Sandy is but there is no better proof than Alex, Alaina, and Alexa his beautiful children. They need their father around in these critical years and taking him out of their lives, even for a short time will devastate these young lives. I respectfully ask that you demonstrate leniency for my brother, Alex, Alania, and Alexa's father, Nancy's son, Joanne and Ray's Nephew and Monique's ex-husband.

Sincerely,

Nick Gulino

October 22, 2018

Dear Judge Leon,

My name is Brian Kilcoyne, a very close friend of Sandy Gulino. I have many friends, but very few that I consider my brother, as I do Sandy.

I met Sandy thirty years ago when he was my college roommate. From the start, he included me in his family gatherings, and as the days went on, I was attending all of the Gulino family functions. Sandy's parents and grandparents treated me like a son and grandson, and Sandy treated me like his brother.

Sandy is a very proud man who over-extends himself for his friends, but his family has always been his utmost priority. Like other good, attentive dads, Sandy spends a lot of quality time with his kids. But more importantly, Sandy teaches his children important life lessons, showing them that caring for others and being a nurturing person rewards the people you help, as well as the person helping.

During his limited free time, Sandy has played soccer, hockey, softball, and was a coach. I say "limited" because Sandy has always worked extended hours, even when we were at school together.

Sandy has helped me in many ways, but I will share with you how Sandy helped me change my life. Eleven years ago I was drinking too much,

and although Sandy kept expressing his concern, I was not ready to stop. One night I was pulled over and arrested for driving under the influence. My first call was to my wife, and my second was to Sandy. He did not judge me, was not critical of me, but was just a caring friend. We had many conversations about where I am, where I wanted to be, and the importance of family, friends, and what my "why" is.

I realized with Sandy's help that many people rely on me. I am the president of a family run insurance agency and my son, wife, parents, siblings, and sixteen employees need me to be a player, not reliant on alcohol. So now I set goals pertaining to family, friends, health, faith, work, and financial goals. I could not be in a better spot, and Sandy was a big part of the team that helped me.

I hope this letter helps you to understand who Sandy is as a person. I will always be there for Sandy, as we will always be brothers and will always look out for each other.

Sincerely,

Brian Kilcoyne